# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YHEIZZI VALLADARES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01224-ADA-SAB<br><br>ORDER ENTERING STIPULATION RE FILING OF AMENDED COMPLAINT<br><br>(ECF No. 3)<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　　Defendants removed this action from the Kings County Superior Court to this Court on August 16, 2023. (ECF No. 1.) On August 22, 2023, the parties filed a stipulation agreeing that in light of the parties' meeting and conferring on Defendants' potential motion to dismiss, Plaintiff shall be afforded twenty-one (21) days to file an amended complaint; and that if Plaintiff does not file such amended complaint, the Court shall dismiss this action without prejudice. (ECF No. 3.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation filed August 22, 2023, (ECF No. 3), is ENTERED;
2. Plaintiff shall have **twenty-one (21) days** from the date of entry of this order, to file an amended complaint; and
3. If Plaintiff does not file an amended complaint within **twenty-one (21) days**, the Court shall dismiss this action without prejudice.

IT IS SO ORDERED.

Dated:   **August 23, 2023**

UNITED STATES MAGISTRATE JUDGE

2