# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YHEIZZI VALLADARES,<br><br>  Plaintiff,<br><br> v.<br><br>SPECIALIZED LOAN SERVICING, LLC et al.,<br><br>  Defendants. | Case No. 1:23-cv-01224-NODJ-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 15) |

This action was filed in the Kings County Superior Court on July 13, 2023 and removed to this Court by Defendant Specialized Loan Servicing, LLC on August 16, 2023. (ECF No. 1.) On November 30, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice and with each party to bear its own costs, attorneys' fees, and expenses pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 15.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).

1

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 5, 2023**                         _____
                                                        UNITED STATES MAGISTRATE JUDGE